UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. MADSEN, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04590-JSC<br><br>**PRETRIAL ORDER NO. 2 RE: CASE SCHEDULE** |

Following the Further Case Management Conference held on January 9, 2025, the case management schedule is AMENDED as follows:

| | |
|---|---|
| Deadline to Move to Amend Pleadings: | January 31, 2025 |
| Fact Discovery Cut-Off: | March 31, 2025 |
| Expert Witness Disclosures: | April 30, 2025 |
| Rebuttal Expert Witness Disclosures: | May 30, 2025 |
| Expert Discovery Cutoff: | July 1, 2025 |
| Pretrial Conference: | October 16, 2025 at 2:00pm |
| Trial: | November 3, 2025 at 8:00am |

A further Case Management Conference is scheduled for June 5, 2025 at 1:30 p.m. via Zoom video. An updated Joint Case Management Conference Statement is due May 29, 2025. If Defendants determine a summary judgment motion might be warranted, they shall schedule a further conference with the Court before filing the motion.

**IT IS SO ORDERED**.

Dated: January 9, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge